*Summary Disposition February 24, 2009:*

PEOPLE v LOWN, No. 137844. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted. Court of Appeals No. 287033.

*Leave to Appeal Denied February 24, 2009:*

PEOPLE v JOHN ADAMS, No. 136316; Court of Appeals No. 272751.

FARM BUREAU GENERAL INSURANCE COMPANY v HARLEYSVILLE LAKE STATES INSURANCE COMPANY, No. 136376; Court of Appeals No. 272930.

PEOPLE v HARRINGTON, No. 136419; Court of Appeals No. 272939.

PEOPLE v HANLEY, No. 136490; Court of Appeals No. 284421.

JOSEPH v SOUTHFIELD PUBLIC SCHOOLS, No. 136695; Court of Appeals No. 275869.

PEOPLE v STOUDMIRE, No. 136704; Court of Appeals No. 284584.

PEOPLE v CHAUNCEY JACKSON, No. 136817. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283873.

PEOPLE v BUYSSEE, Nos. 137123 and 137125; Court of Appeals Nos. 267469 and 274748.

PEOPLE v HATCHETT, No. 137148; Court of Appeals No. 282205.

HART v ANDERSON, No. 137180; Court of Appeals No. 284235.

PEOPLE v CUELLAR, No. 137181; Court of Appeals No. 283620.

PEOPLE v JODY WELLS, No. 137209. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285455.

PEOPLE v SMALLS, No. 137229. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283803.

PEOPLE v EMMETT JONES, No. 137233; Court of Appeals No. 273576.

PEOPLE v MYKOLAITIS, No. 137261; Court of Appeals No. 273578.

PEOPLE v BRUCE PEOPLES, No. 137285; Court of Appeals No. 286565.

YOUNG v OAKLAND COUNTY DRAIN COMMISSIONER'S OFFICE, No. 137311; Court of Appeals No. 277259.

PEOPLE v BABB, No. 137364; Court of Appeals No. 286303.

PEOPLE v TREVOR THOMPSON, 137367; Court of Appeals No. 276151.